**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7443**

_____

ELI BOSTICK,

              Plaintiff - Appellant,

        v.

M.J. LAMB, Superintendent; DR. RICHARD BROADWELL,

              Defendants – Appellees,

        and

C/O R. BRANAM; C/O G. DAVIS,

              Defendants.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:10-ct-03148-BO)

_____

Submitted: December 21, 2012        Decided: January 7, 2013

_____

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Eli Bostick, Appellant Pro Se.  Elizabeth Pharr McCullough, YOUNG, MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eli Bostick appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint for failure to exhaust administrative remedies[*] and the court's order denying his Fed. R. Cir. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bostick v. Lamb, No. 5:10-ct-03148-BO (E.D.N.C. July 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although dismissals without prejudice generally are not appealable, we conclude that the court's order is a final order. See Domino Sugar v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

2